Cause NO 7-14-00426-

FILED
JAN 1 2 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

R Wayne Johnson,
Relator,

*MOTION TO Appoint Counsel: CRIMINAL Law matter: 26.04 C.C.P. – 1.051 C.C.P. – MOTION TO ENforce contempt on Respondents:

1) all pleadings – research – Adopted Republished: on file: (due to lack of paper)

2) This, the Writ Before EMerson – ALSO ESTEVEZ – CRIMINAL – ALSO – UNits – disciplinary TriBunal criminal: (#7-14-00384-CR) – "loss of liBerty (good time)." Counsel required here As well As "Writ Before EMerson – (simply court order to TDCJ restore time, Expunge cases – release) See time sheet! AN attorney (Jeff Blackburn) can get order – Needed in Criminal matter:

3: Issue mandamus To order Appoint counsel – 26.04 C.C.P "shall" mandatory!

Cases: Culver, 105 SW3d 691 (8 Judges Ct Crim Appeal – there: 69.01 (mandatory)

(1)

Padilla, 122 SW3d 805 (Appt attorney

* Gideon, 83 Sct 792 - Atty - criminal -
Greenville 159 SW3d 645 (hABeas - criminal)

Hatcher, 894 SW2d 364 - (6181-1 Johnson -
Good time law) Trahan 894 SW2d 113-118
(Vested rights - Not taken SANS compensation
V, R II - 6 Txl. Rev 609 By Subsequent
legislation). (AS in this mandamus - ALSO) -
(50 498.0045(c) Gov Code "Not restore time -
Not Apply To Johnson" (As with the 1987-
114th law does Not)..

16,289 Lost (44 yrs) - 37 yrs flat, 37 yrs
good time = 118 yrs. Sent only 99 yr..
(ALSO ALL False VOID cases; 12 yrs at Unit -
Line 3 - (NOTime earned) - must Be restored
So more than 19 yrs late - ABOUT, -
10-12 more yrs (due to Line 3 -) "LOSS LIBER -
ty "(criminal matter) atty required..

Rosenthal 98 SW3d 190 - "Judge Poe ordered
to obey "Shall" - 36.22 - C.C.P - (mandato-
ry)!

2) Judge's Below - ALLowing - Pro-Se work -
(requires atty) due to Rule 5.05(b) Disc
iplene rule - St Bar - as with attorney
Petter.

(2)

8.101(b) - 3.01, 8.04 ALSO.. (atty required)

3) "local attys shall file Halt unauth
practice law" Nolo Pren, 991 SW2d 768 (TX)
Touchy, 432 SW2d 690 (TX) "local atty." *
mine - the units (use void rules To keep me in
illegally)

Contempt on Respondents, (or release me-
by attys help); (12more yrs due To line 3-
No good-time at unit) = 20yrs late! under
1977 laws! 42.12 Sect 15(c) C.C.P. (not) current-
508-149 Gov Code!

A) Reed - 901 SW2d 601 (Judge violated App-
eal courts order - contempt) (B) KAR, 171
SW3d 705-21 "violation court order PER
Se - Bad faith litigation practice.." 960 SW2d
35 (TX).

B) as in Writ- "LAYpersons - Agencies Excluded
from practice of law" RABB 346 SW3d -
261 SW3d 24-33 (TX) (crime 38, 123(2) Penal
UPLC                                      code)

Relef: Appoint atty to get release order-
from Emerson - See 11.23 C.C.P. (11.40 Discharge
"shall ExAm Writ- & no legal cause be shown-
for imprisonment (me) - Ho legal at first,-
cant for any cause (3) Be lawfully prolonged
                              shall Be discharged"

Order: Appointed atty; Judge Emerson oBey 11.40 "_shall_" is Rosethal - 98 SW 3d 190 ("shall" in 36.22 C.C.P - Pee) "shall Culver, 105 SW 3d 641 (8 Judges - CCA).. _MANDA-tory_)! - no need for contempt - or appoint atty for "_unit cases_" (_Be freed_).. 31 yrs. late!

Restore _all time_, - _EXPunge cases_ - (VOID) - _Castro_, 998 SW 2d 935 - "not Advised of atty req-uired By statute" (157.163 FAM C - ) - _VOID_.. "Liberty w/o due process!" (me too)..

Comply w/ 11.40 CCP - "shall" _releases_ me sans more! _Culver_, 105 SW 3d 641 -

*_atty_, due to Rule - R Wayne Johnson
5.05(b) Dis Rule - Clements    282756
8, 101, 3.01, -     Amarillo TX 79107 -

× _Moses_: Red Sea: "See the SALVation of the Lord."

(4)

"EXHIBIT" * Unauth Practice Law Committee, 261 SW3d 24-33 (Tx Supreme Ct)

pg 33: "State ENTITIES - INSURANCE companies Excluded from practice of law - 81.061· Gov Code.

pg 36: 81.101· Gov Code; UNAUTH PRACT LAW"- RABB, 346 SW3d 208-211:

Judges; attys: Disciplinary Rule 5.05 (b)- "A lawyer shall not Assist a non-member in UNAUTH practice of law." Rule 3.01 (atty shall not Abuse legal process." Rule 8.04 (atty not misrepresent, deceit.");

In re Bennett, 960 SW3d 35 (Tx) "Bad-faith use of judicial process..." In re Bell, 894 SW2d 119-133 (Tx)- judges 11(4)- not misuse judicial office - show Bad-faith - Accomplish AN end - judge Knows is Beyond legitimate exercise of Authority." 33.033 Gov Code (SANctions)." ETHics, Sect 6:10 - Rose, 144 SW3d 661-717-

In Re Citizens, 982 SW2d 371- 74 - "article 3, Section 52 -Tx Const - "not grant public money - other things of Value for private purposes - legislature No power To Aid ANY individual whatsoever."

(1)

pg 36: 81.101 Gov Code - RABB, 346 SW3d at 211: "preparation of any pleading - or other document - to a Judge of any court, OR - ANY Services rendered out of court requiring USE of legal skills or Knowledge, including giving legal ADVISE, prepare will, contract, power of Atty.."

* Crain, 22 SW3d 58-61 - "ANY act tAken By a person - Not AN atty that constitutes UNauth practice of law is VOID, No effect."

* Crime: 38.12 - Barratry: "files a SUIT - the person hAS NO Authority to PURSUE.."

* 81.102 Gov Code: (State Bar members oNly) UN.P. LAW Committee, 261 SW3d 24-33 (TX).

* 38.123 - (at 44) - UN. P. LAW - "commits a crime if person (2) ADVISES ANYONE as to the persons rights.." 38.122 "Falsely Holds self out As A Lawyer"..

* UNlawful Acts Rule: SV, 933 SW2d 1-33 (TX) "No one may take Advantage of their own wrong."

Miller, 142 SW3d 325-42 - Ratifies UNlawful Act - confirms Acts to Be Valid.."

JOHNSON,RONALD WAYNE                 TDC:00282756 SID:01892956 UNIT: BC
                                     HOUSING/BED:      HSK1     B11

   *PRJ-REL-DATE:        08 04 2045    MAX-EXP-DATE:      10 27 2076
   *INMATE STATUS:        L1 B         MAX TERM:          99 00 00

    FLAT  TIME CREDITED:    37 00 21   CALC BEGIN DATE:  10 27 1977
    GOOD  TIME CREDITED:     0 04 07   TDC RECEIVE DATE: 08 10 1978
    BONUS TIME CREDITED:     0 01 29   GOOD TIME LOST:      16289
    WORK  TIME CREDITED:     0 00 00   WORK TIME LOST:          0
   *TOTAL TIME CREDITED:    37 06 27

                                       *don't Apply (LAW-
                                        me        AFTER
   *STATUS EFFECT  DATE: 11 10 2014   JAIL GOOD TIME RECEIVED: YES
                                        1977-
   DEC:          QCC:                   crime
                                        date)
   STAT CHG: L1/11 10 2014

       Release                          AS W 1-'14th LAW-)
                  11.40 CC.P!           1987 can't
                                        Apply)

   PAROLE DATA: SUBMITTED FOR BOARD REVIEW
   CHANGE TO: STATUS/

Line Class 3 – (12 yrs – void)
720 DAYS per yr = 12 yrs Time
237
37
44 lost
12 yr Line 3 (no good time)
13 0 yr = 99 sent = 31 yrs –
late!
(As a matter of. Law)
Issue writ –
w/ atty to Emerson
freed!

HS-KI III

c) 841.001 HSC – (1999)
62.0105 Exemption
S007.20

RWayne Johnson 282756
9601 Spur 591 Clements Unit
Amarillo, TX 79107-9606

AMARILLO TX 731

US POSTAGE PAID

7th:
Court of Appeals
501 S. Fillmore
Amarillo, TX 79101